UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

BALFOUR BEATTY CONSTRUCTION, LLC,

    Plaintiff,

vs.                                                    Case No.: 16-cv-22041

ABG CAULKING CONTRACTORS, INC.,
and AMERICAN HOME ASSURANCE COMPANY,

    Defendants.
_____/

**PLAINTIFF'S DISCLOSURE STATEMENT PURSUANT TO RULE 7.1,
FEDERAL RULES OF CIVIL PROCEDURE**

Plaintiff, Balfour Beatty Construction, LLC, by and through undersigned counsel, hereby files this Disclosure Statement pursuant to Rule 7.1, Federal Rules of Civil Procedure:

1.    Balfour Beatty Construction, LLC is wholly owned by Balfour Beatty Construction Group, Inc., which is wholly owned by Balfour Beatty, LLC, which is wholly owned by Balfour Beatty Holdings, Inc.  None of these companies are publicly traded.  However, Balfour Beatty Holdings, Inc. is wholly owned by Balfour Beatty, PLC which is publicly traded on the UK Stock Exchange.  American Depository Receipts for Balfour Beatty, PLC (issued by CitiBank) may be purchased over the counter in the United States.

.                                                                     Respectfully Submitted,

                                                               /s/ David Adelstein
                                                               **DAVID M. ADELSTEIN**
                                                                Fla. Bar No. 647314
                                                                KIRWIN NORRIS, P.A.
                                                               15 W. Church Street, Suite 301
                                                                Orlando, FL 32801
                                                                P (407) 740-6600
                                                                P (954) 759-0026
                                                               dma@kirwinnorris.com

## **CERTIFICATE OF SERVICE**

I hereby certify that on July 7, 2016, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF System.

                           **KIRWIN NORRIS, P.A.**

                           /s/ David Adelstein
                           **DAVID M. ADELSTEIN**
                           Fla. Bar No. 647314
                           15 W. Church Street, Suite 301
                           Orlando, FL 32801
                           P (407) 740-6600
                           P (954) 759-0026
                           dma@kirwinnorris.com